UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:24-cr-00060 |
| ) | |
| CHRISTOPHER JOMAL LAWRENCE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated on the record on June 24, 2025, Defendant's Motion to Withdraw Guilty Plea (Doc. No. 33) is **GRANTED.**

The Government's Unopposed Motion to Dismiss Indictment (Doc. No 38) is **GRANTED** and the Indictment (Doc. No. 1) is **DISMISSED WITH PREJUDICE.** This Order serves as the final order in this matter, and the Clerk is directed to close the case..

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE